CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
Rke
MAY 0 3 2005
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM PAUL RAMEY, JR., #307502, | ) ) | |
| Petitioner, | ) | Civil Action No.7:05cv00134 |
| v. | ) ) | **FINAL ORDER** |
| GENE JOHNSON, et al., | ) ) | By: Jackson L. Kiser |
| Respondent. | ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the petitioner.

ENTER: This 3rd day of May, 2005.

/s/ Jackson L. Kiser
Senior U.S. District Judge